**Norman Brown**
_____
Petitioner

**L.E. Scribner/Warden**
_____
Respondent(s)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

ED CV 07 - 01470

I, __Norman Brown__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __Non employed State Prisoner__

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes ☒ No
   b. Rent payments, interest or dividends?             ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes ☒ No
   d. Gifts or inheritances?                             ☐ Yes ☒ No
   e. Any other sources?                                 ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned: _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**
CV-69 (04/05)

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ___None___

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___October 19th 2007___            ___[signature]___
              Date                                Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ___0___ on account to his credit at the ___Calipatria State Prison___ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

___October 18th 2007___                    ___[signature]___
Date                                        Authorized Officer of Institution/Title of Officer